DAVID F. BEACH, ESQ. (SBN 127135)
ANNE C. D'ARCY, ESQ., (SBN 232948)
PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP
438 First Street, Fourth Floor
Santa Rosa, CA 95402-1028
Telephone: (707) 525-8800
Facsimile: (707) 545-8242

Attorney for Defendant
COSTCO WHOLESALE CORPORATION.

*IT IS SO ORDERED*
*Judge James Ware*
5/13/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (San Jose)

| | |
|---|---|
| JAN BOJSEN-MOLLER, | CASE NO. 5:09-cv-01674-JW |
| Plaintiff, | **NOTICE OF DISMISSAL OF DEFENDANT COSTCO WHOLESALE CORPORATION** |
| v. | *(Fed. R. Civ. P. 41(A))* |
| COSTCO WHOLESALE CORPORATION; ACTAVIS, INC. | |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that JAN BOJSEN-MOLLER, plaintiff, dismisses this action as to defendant, COSTCO WHOLESALE CORPORATION only, without prejudice, pursuant to *Rule 41(A) of the Federal Rules of Civil Procedure*. Plaintiff and COSTCO to bear their fees and costs.

DATED: APR 27 2009

LAW OFFICE OF CRAIG A. KRONER

By: _____
Craig A. Kroner, Esq.
Attorney for Plaintiff,
JAN BOJSEN-MOLLER

NOTICE OF DISMISSAL of COSTCO WHOLESALE CORPORATION                      1