A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Jun 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**May 18, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION

MDL No. 1968

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-14)**

On August 13, 2008, the Panel transferred eight civil actions to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 571 F.Supp.2d 1376 (J.P.M.L. 2008). Since that time, 99 additional actions have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of August 13, 2008, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jun 03, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION  MDL No. 1968

## SCHEDULE CTO-14 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**CALIFORNIA NORTHERN**
| | |
|---|---|
| CAN 5 09-1674 | Jan Bojsen-Moller v. Costco Wholesale Corp., et al. |

**KENTUCKY EASTERN**
| | |
|---|---|
| KYE 6 09-132 | Ruth Prater v. Actavis Totowa, LLC, et al. |

**NEW YORK WESTERN**
| | |
|---|---|
| NYW 1 09-355 | John Gutowski v. Actavis Totowa, LLC, et al. |
| NYW 1 09-360 | Francis Goble, et al. v. Actavis Totowa, LLC, et al. |
| NYW 1 09-361 | Daniel F. Miller, et al. v. Actavis Totowa, LLC, et al. |
| NYW 1 09-362 | Dennis L. Colt, et al. v. Actavis Totowa, LLC, et al. |
| NYW 1 09-363 | Judith A. Bovenzi, et al. v. Actavis Totowa, LLC, et al. |
| NYW 1 09-370 | Joan B. Tudini, et al. v. Actavis Totowa, LLC, et al. |
| NYW 1 09-371 | Richard F. Bacher, etc. v. Actavis Totowa, LLC, et al. |
| NYW 1 09-372 | Lorraine Kirwan v. Actavis Totowa, LLC, et al. |
| NYW 1 09-373 | Antonia Tucker, etc. v. Actavis Totowa, LLC, et al. |
| NYW 1 09-374 | Casimera T. Saternus v. Actavis Totowa, LLC, et al. |
| NYW 6 09-6175 | William Massie, et al. v. Actavis Totowa, LLC, et al. |
| NYW 6 09-6176 | Robert Merola v. Actavis Totowa, LLC, et al. |
| NYW 6 09-6187 | Charlotte Davis, etc. v. Actavis Totowa, LLC, et al. |
| NYW 6 09-6188 | Betty M. Cinanni v. Actavis Totowa, LLC, et al. |
| NYW 6 09-6189 | Rosemarie Bialynski, etc. v. Actavis Totowa, LLC, et al. |
| NYW 6 09-6190 | Rita Brannum v. Actavis Totowa, LLC, et al. |
| NYW 6 09-6194 | Tammy Taber, et al. v. Actavis Totowa, LLC, et al. |
| NYW 6 09-6195 | Sharron Yarbrough v. Actavis Totowa, LLC, et al. |
| NYW 6 09-6196 | Patricia A. Johnson v. Actavis Totowa, LLC, et al. |
| NYW 6 09-6197 | Ronald Fisher, et al. v. Actavis Totowa, LLC, et al. |
| NYW 6 09-6198 | Pauline Prouty v. Actavis Totowa, LLC, et al. |
| NYW 6 09-6199 | Bonnie Drexler-King, etc. v. Actavis Totowa, LLC, et al. |

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                MDL No. 1968

**INVOLVED COUNSEL LIST (CTO-14)**

Teresa Brophy Bair
HARRIS BEACH LLP
Larkin at Exchange
726 Exchange Street
Suite 1000
Buffalo, NY 14210

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Anne D'Arcy
PERRY JOHNSON ANDERSON MILLER &
MOSKOWITZ
438 First Street
4th Floor
Santa Rosa, CA 95404

Frederick H. Fern
HARRIS BEACH PLLC
100 Wall Street
New York, NY 10005

Brian A. Goldstein
CELLINO & BARNES PC
2500 Main Place Tower
350 Main Street
Buffalo, NY 14202

Craig Arthur Kroner
LAW OFFICE OF CRAIG A KRONER
1141 Ringwood Court #10
San Jose, CA 95131

Avril Dionne G Love
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90017-2223

W. Kennedy Simpson
THOMPSON MILLER & SIMPSON PLC
600 West Main Street
Suite 500
Louisville, KY 40202

Larry F. Sword
SWORD & BROYLES
P.O. Box 1222
Somerset, KY 42502-1222

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465